UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                CR. NO.  06-20063

Hon. Lawrence P. Zatkoff

D-1 PATERNO M. DOREZA
D-2 MANUELA R. DOREZA,

      Defendants.

_____/

## ORDER ADJOURNING MOTION CUT-OFF DATE

THIS MATTER, having come before the Court on the stipulation of the parties:

IT IS HEREBY ORDERED that the motion cut-off date is extended from **April 4, 2006 to May 4, 2006.**  All other scheduled dates shall be unaffected by this Order.

The Court finds that, based upon the reasons stated in the stipulation, the ends of justice are served by granting this adjournment and therefore the time from April 4, 2006 to May 4, 2006, constitutes excludable delay under the Speedy Trial Act.  18 U.S.C. 3161(h)(1)(I) and (h)(8)(B)(iv).

**SO ORDERED:**

                                        s/Lawrence P. Zatkoff
                                        HON. LAWRENCE P. ZATKOFF

**Dated:** March 29, 2006