UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                  CR. NO.  06-20063

                                                    Hon. Lawrence P. Zatkoff

D-1 PATERNO M. DOREZA
D-2 MANUELA R. DOREZA,

        Defendants.
_____/

## ORDER ADJOURNING MOTION CUT-OFF DATE

THIS MATTER, having come before the Court on the stipulation of the parties:

IT IS HEREBY ORDERED that the motion cut-off date is extended from **May 4, 2006 to June 6, 2006.**

The Court finds that, based upon the reasons stated in the stipulation, the ends of justice are served by granting this adjournment and therefore the time from May 4, 2006 to June 6, 2006, constitutes excludable delay under the Speedy Trial Act. 18 U.S.C. 3161(h)(1)(I) and (h)(8)(B)(iv).

**SO ORDERED:**

                                                    s/Lawrence P. Zatkoff
                                                    LAWRENCE P. ZATKOFF
                                                    UNITED STATES DISTRICT JUDGE

Dated:  May 4, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 4, 2006.

          s/Marie E. Verlinde
          Case Manager
          (810) 984-3290